Order affirmed in the following memorandum: The order of the Appellate Division should be affirmed on the ground that at sentencing the Assistant District Attorney gave his reasons for recommending a minimum sentence, namely, the commission of the crime by knife, the stabbing of the victim because he did not pay the money over fast enough, and that the defendant had a record. Notably the court imposed the mini *731 mum sentence (with a maximum less than that recommended by the Assistant District Attorney) within seconds after the statement by the Assistant District Attorney. Consequently, it is inferable from its more conclusory recital that the court was incorporating the assistant’s references. There was therefore substantial compliance with the statute and its salutary purposes.
Concur: Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler and Cooke. Judge Fuchsberg dissents and votes to reverse in the following opinion.